1  Philip McLeod, CASB NO. 101101
   philip.mcleod@kyl.com
2  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Anthony Paduano
7  (*Pro Hac Vice* Admission Pending)
   ap@pwlawyers.com
8  PADUANO & WEINTRAUB LLP
   1251 Avenue of the Americas, Ninth Floor
9  New York, New York 10020
   Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099

11 Attorneys for Plaintiff
   A.G. EDWARDS & SONS, INC.
12

13                    UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 A.G. EDWARDS & SONS, INC.,            ) Case No.
                                          )
17                     Plaintiff,         ) **PLAINTIFF A.G. EDWARDS & SONS,**
                                          ) **INC.'S RULE 7.1 DISCLOSURE**
18           vs.                          ) **STATEMENT**
                                          )
19 SAMUEL SLAYDEN, DENISE GILSETH,        )
   CATHY MCJILTON, and KELLY              )
20 STROMGREN,                             )
                                          )
21                     Defendants.        )
                                          )
22                                        )
                                          )
23 _____)

24

25        Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiff A.G.
26 EDWARDS & SONS, INC. ("Edwards") in the above-captioned action, certifies the
27 following: (1) A.G. Edwards, Inc., a publicly held corporation, owns all of the stock of
28 Edwards; (2) pursuant to an Agreement and Plan of Merger, dated May 30, 2007

1  between Wachovia Corporation, a publicly held corporation, and A.G. Edwards, Inc.,
2  shareholders of A.G. Edwards, Inc. will have their shares converted into a right to
3  receive shares of Wachovia Corporation.

DATED: October 8, 2007

KEESAL, YOUNG & LOGAN

_____
Philip McLeod
Cameron Stout
KEESAL, YOUNG & LOGAN

Anthony Paduano (*Pro Hac Vice* Admission Pending)
PADUANO & WEINTRAUB LLP

Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.