**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                              General Court Number
Clerk                                                                                                            415.522.2000

**October 9, 2007**

**CASE NUMBER:  CV 07-05154 BZ**
**CASE TITLE:  A.G. EDWARDS & SONS INC-v-SAMUEL SLAYDEN**

REASSIGNMENT ORDER

      GOOD CAUSE APPEARING THEREFOR,

      IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

      Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


      ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/09/07

                                                     FOR THE EXECUTIVE COMMITTEE:

                                                     _____
                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                             Entered in Computer 10/09/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA