```
 1  Philip McLeod, CASB NO. 101101
    philip.mcleod@kyl.com
 2  Cameron Stout, CASB NO. 117373
    cameron.stout@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone: (415) 398-6000
    Facsimile: (415) 981-0136
 6
    Anthony Paduano
 7  (Pro Hac Vice Admission Pending)
    ap@pwlawyers.com
 8  PADUANO & WEINTRAUB LLP
    1251 Avenue of the Americas, Ninth Floor
 9  New York, New York 10020
    Telephone: (212) 785-9100
10  Facsimile: (212) 785-9099

11  Attorneys for Plaintiff
    A.G. EDWARDS & SONS, INC.
12
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | Case No. |
| Plaintiff, | **DECLARATION OF ANTHONY PADUANO IN SUPPORT OF PLAINTIFF A.G. EDWARDS & SONS, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER REGARDING PRELIMINARY INJUNCTION** |
| vs. | |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN, | |
| Defendants. | |

I, ANTHONY PADUANO, declare as follows:

1. I am admitted to practice law before the courts of the State of New York, my admission *pro hac vice* before this Court is pending, and I am a member of the firm

- 1 -    KYL_SF457044

**DECLARATION OF ANTHONY PADUANO IN SUPPORT OF PLAINTIFF A.G. EDWARDS & SONS, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER REGARDING PRELIMINARY INJUNCTION**

1  Paduano & Weintraub LLP, counsel for plaintiffs A.G. EDWARDS & SONS, INC.
2  ("Plaintiff" or "Edwards") in this proceeding. I submit this Affirmation in support of
3  Plaintiffs' application for a Temporary Restraining Order and a Preliminary Injunction
4  against Defendants SAMUEL SLAYDEN ("Slayden"), DENISE GILSETH ("Gilseth"),
5  CATHY MCJILTON ("McJilton") and KELLY STROMGREN ("Stromgren") (collectively,
6  "Defendants"). Except as to those matters stated on information and belief, I have
7  personal knowledge of the facts set forth below.

8      2. As is discussed in the Affidavit of William Hatcher ("Hatcher Affidavit")
9  submitted in support of this motion, Edwards is a member firm of the Financial Industry
10  Regulatory Authority ("FINRA"), which was created in July 2007 through the
11  consolidation of the National Association of Securities Dealers, Inc. (the "NASD") and
12  the member regulation, enforcement and arbitration functions of the New York Stock
13  Exchange. All Defendants maintain securities licenses through FINRA. In connection
14  with their status as Registered Representatives of Edwards, Defendants executed a
15  Form U-4 Uniform Application for Securities Industry Registration or Transfer. By
16  executing the Form U-4, Defendants agreed to submit to arbitration disputes, claims and
17  controversies arising between themselves and Edwards. Pursuant to Rule 13804 of the
18  NASD Code of Arbitration Procedure for Industry Disputes, if a party seeks temporary
19  injunctive relief in connection with an arbitrable dispute, it must seek such relief from a
20  court, not FINRA. A true and correct copy of Rule 13804 is attached hereto as Exhibit
21  "A."

22      3. By engaging in the conduct alleged in the Hatcher Affidavit, including the
23  misappropriation of Edwards' confidential, proprietary and trade secret information and
24  the solicitation of Edwards' customers, Defendants have breached their contracts and
25  common-law obligations to Edwards. Defendants have acted in a way that is completely
26  inconsistent with the law and what I know are the industry standards of behavior.

27      4. On information and belief, immediately upon their resignations and in
28

exchange for 150% of their trailing 12, in the form of forgivable loans, cash, enhanced payouts and other valuable inducements that were promised to them by their new employer Stifel, Nicolaus & Company, Inc. ("Stifel"), a direct competitor of Edwards, Defendants have begun the solicitation of Edwards' customers in violation of their obligations to Edwards.

5. Defendants' misconduct, as described in the Hatcher Affidavit, constitutes at a minimum, breach of contract, breach of fiduciary duty and duty of loyalty, misappropriation of trade secrets, tortious interference, conversion, and unfair competition.

6. By seeking to pirate away Edwards' employees and Edwards' clients, Defendants have caused and will continue to cause continuing and irreparable injury to Edwards which cannot be cured by monetary damages. Accordingly, Edwards respectfully requests that this Court maintain the status quo, and enjoin Defendants from continuing to violate their agreements pending resolution of the arbitration between the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of October, 2007, in the City and County of San Francisco, California.

_____
ANTHONY PADUANO

- 3 -                                                                 KYL_SF457044

**DECLARATION OF ANTHONY PADUANO IN SUPPORT OF PLAINTIFF A.G. EDWARDS & SONS, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER REGARDING PRELIMINARY INJUNCTION**