Philip McLeod, CASB NO. 101101
philip.mcleod@kyl.com
Cameron Stout, CASB NO. 117373
cameron.stout@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Anthony Paduano
(*Pro Hac Vice* Admission Pending)
ap@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN, <br><br> Defendants. | Case No. <br><br> **DECLARATION OF CAMERON STOUT REGARDING NOTICE OF APPLICATION SEEKING TEMPORARY RESTRAINING ORDER** <br><br> **Date:** <br> **Time:** <br> **Dept:** |

I, CAMERON STOUT, declare as follows:

1.  I am an attorney in good standing licensed to practice law in the State of California and before this Honorable Court. I am a member of the law firm of Keesal, Young & Logan, one of the counsel of record for Plaintiff herein A.G. EDWARDS &

- 1 -  KYL_SF457040

1 SONS, INC. ("Edwards"). I have personal knowledge of the contents of this Declaration, except as to those matters stated on information and belief, which matters I believe to be true, and I could and would competently testify thereto if called to do so.

2. I am informed and believe that on October 6, 2007, Steven Castaldo of the law firm of Paduano & Weintraub LLP (our co-counsel for Edwards) wrote a letter to Kenneth Mennemeier, counsel to Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN ("Defendants"). A true and correct copy of Mr. Castaldo's letter to Mr. Mennemeier is attached hereto as Exhibit "A." In that letter, Mr. Castaldo provides notice that his firm intends to commence an action on behalf of Edwards seeking appropriate injunctive relief against Defendants on Tuesday, October 9, 2007.

3. I reiterated this notice to Mr. Mennemeier by letter dated October 8, 2007. A true and correct copy of my letter regarding notice is attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8 day of October, 2007, in the City and County of San Francisco, California.

_____
CAMERON STOUT

DECLARATION OF CAMERON STOUT REGARDING NOTICE OF APPLICATION SEEKING TEMPORARY RESTRAINING ORDER

PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 6, 2007

**BY TELECOPIER AND FIRST-CLASS MAIL**

Kenneth C. Mennemeier
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, California 95814-2736

    Re:  A.G. Edwards & Sons, Inc. v. Denise Gilseth, Cathy McJilton, Samuel Slayden and Kelly Stromgren;

Dear Mr. Mennemeier:

    We represent A.G. Edwards & Sons, Inc. ("Edwards"). We are in receipt of your letter dated October 5, 2007 in which you state that you would respond to Edwards' request that Denise Gilseth, Cathy McJilton, Samuel Slayden and Kelly Stromgren sign the Statement Under Oath by the close of business on October 5, i.e. 5:00 p.m. PDT. Despite your representation, we have not yet received a response. Accordingly, we intend to commence an action on behalf of Edwards seeking appropriate injunctive relief against your clients on Tuesday, October 9. We will inform you on Tuesday morning as to the specific timing of the filing.

                                                  Sincerely,

                                                 Steven Castaldo

cc:    Ben Suter

EXHIBIT A

## LAW OFFICES
## KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON
ELIZABETH P. BEAZLEY

JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*†
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE*
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG
JULIE A. KOLE
DAVID D. PIPER
THEODORE H. ADKINSON
ESTHER E. CHO

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK
RICHARD L. LANDES

SANDOR X. MAYUGA
DAVID W. TAYLOR±
NANCY HARRISS†
FRANCES L. KEELER

SUITE 1500
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA
94111
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

October 8, 2007

GLEN R. PIPER
CATHARINE M. MORISSET†
CHRISTOPHER A. STECHER
DIANA J. COBURN
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
ELIZABETH A. LOGAN
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN†
EVELYN A. CHRISTENSEN
MARGARET A. DeGOOYER
ASHLEY YOUNG ADAMS

GARRETT R. WYNNE
JOHN L. BABALA
JASON R. LINDSAY
JOHN COX
DAVID A. TONG
MARK A. WILLIAMS
MOMO E. TAKAHASHI
TONI Y. LONG
CHARLES M. BILLY
ANGELIKI J. PAPADAKIS
STEFAN PEROVICH
AILAN L. LIU
NICOLAS J. VIKSTROM†
G. HANS SPERLING

* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
• REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY OF HONG KONG & ADMITTED IN NEW YORK
± SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

Kenneth C. Mennemeier Jr., Esq.
Mennemeier Glassman & Stroud LLP
980 9th St., Ste 1700
Sacramento, CA 95814-2736

**<u>Via Facsimile – (916) 553-4011</u>**

Re:  *A. G. Edwards & Sons, Inc. v. Slayden, et al.,*
     Our File No.: 4189-46

Dear Mr. Mennemeier:

Please accept this letter as supplementary notice to the notice given to you by letter dated October 6, 2007 by Steven Castaldo of the Law Firm of Paduano & Weintraub. Please be advised that on Tuesday, October 9, 2007 at 9:00 a.m., Plaintiff A.G. Edwards & Sons, Inc. will appear in the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, to file a Complaint and Application for Injunctive Relief and a Temporary Restraining Order against your clients Samuel Slayden, Denise Gilseth, Cathy McJilton and Kelly Stromgren in connection with their departure from A.G. Edwards & Sons, Inc.

Once a Judge has been assigned and a time has been set for the Application for the TRO, we will further inform you.

Thank you for your attention to this matter.

Very truly yours,

Cameron Stout

CGS/kk (KYL_SF457030)
cc:  Philip McLeod, Esq.

EXHIBIT B

LONG BEACH OFFICE
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189