1 Philip McLeod, CASB NO. 101101
philip.mcleod@kyl.com
2 Cameron Stout, CASB NO. 117373
cameron.stout@kyl.com
3 KEESAL, YOUNG & LOGAN
A Professional Corporation
4 Four Embarcadero Center, Suite 1500
San Francisco, California 94111
5 Telephone: (415) 398-6000
Facsimile: (415) 981-0136
6
Anthony Paduano
7 (*Pro Hac Vice* Admission Pending)
ap@pwlawyers.com
8 PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
9 New York, New York 10020
Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099

11 Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.
12

13             UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 A.G. EDWARDS & SONS, INC.,           ) Case No.
                                        )
17                    Plaintiff,        ) **PROOF OF SERVICE**
                                        )
18       vs.                            )
                                        )
19 SAMUEL SLAYDEN, DENISE GILSETH,      )
   CATHY MCJILTON, and KELLY            )
20 STROMGREN,                           )
                                        )
21                    Defendants.       )
                                        )
22                                      )
                                        )
23 ─────────────────────────────────────

24

25                    Please see attached.

26

27

28

- 1 -                                    KYL_SF457076

**PROOF OF SERVICE**

**PROOF OF SERVICE**

      I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

      I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.

      On the date indicated below, I served a true copy of the following document(s):

1. CIVIL COVER SHEET;
2. SUMMONS and COMPLAINT FOR INJUNCTIVE RELIEF;
3. PLAINTIFF A.G. EDWARDS & SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION AND AN ORDER PERMITTING EXPEDITED DISCOVERY;
4. PLAINTIFF A.G. EDWARDS & SONS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
5. DECLARATION OF ANTHONY PADUANO IN SUPPORT OF PLAINTIFF A.G. EDWARDS & SONS, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER REGARDING PRELIMINARY INJUNCTION;
6. DECLARATION OF WILLIAM HATCHER IN SUPPORT OF PLAINTIFF A.G. EDWARDS & SONS, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER REGARDING PRELIMINARY INJUNCTION;
7. [PROPOSED] TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER REGARDING PRELMINARY INJUNCTION;
8. DECLARATION OF CAMERON STOUT REGARDING NOTICE OF APPLICATION SEEKING TEMPORARY RESTRAINING ORDER;
9. PLAINTIFF A.G. EDWARDS & SONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT;
10. APPENDIX OF RELEVANT UNREPORTED DECISIONS;
11. Order Setting Initial Case Management Conference and ADR Deadlines;
12. Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement;
13. Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup;
14. Reassignment Order;

15. Drop Box Filing Procedures;
16. ECF Registration Information Handout
17. PROOF OF SERVICE

[XX]   by causing a true copy thereof to be personally delivered to the party or parties at the address(es) listed below, by and/or through services of Western Messenger.

Kenneth Mennemeier, Esq.
Stephen Lau, Esq.
Mennemeier Glassman & Stroud LLP
980 9th St., Suite 1700
Sacramento, CA 95814-2736

[XX]   State:   Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 9, 2007 at San Francisco, California.

K'Ann M. Klein