1   MENNEMEIER, GLASSMAN & STROUD LLP
    KENNETH C. MENNEMEIER (SBN 113973)
2   KELCIE M. GOSLING (SBN 142225)
    STEPHEN LAU (SBN 221051)
3   980 9th Street, Suite 1700
    Sacramento, CA 95814
4   Telephone:  (916) 553-4000
    Facsimile:  (916) 553-4011
5
    Attorneys for Defendants
6   SAMUEL SLAYDEN, DENISE GILSETH,
    CATHY MCJILTON, AND KELLY STROMGREN
7

8                  IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  A.G. EDWARDS & SONS, INC.,           )   CASE NO:  C 07-5154 WHA
                                         )
12            Plaintiff,                 )   **DECLARATION OF JAMES LEE IN**
                                         )   **SUPPORT OF DEFENDANTS'**
13  v.                                   )   **OPPOSITION TO PLAINTIFF'S TRO**
                                         )   **APPLICATION**
14  SAMUEL SLAYDEN, DENISE GILSETH, )
    CATHY MCJILTON, and KELLY        )   DATE:        October 10, 2007
15  STROMGREN,                           )   TIME:        1:00 p.m.
                                         )   ROOM:        9
16            Defendants.                )   JUDGE:       Hon. William Alsup
                                         )
17  _____ )   Complaint Filed:    October 9, 2007

18

19

20

21

22

23

24

25

26

27

28
    445.03.PLE.Declaration.James.Lee.wpd                 1
                  DECLARATION OF JAMES LEE IN SUPPORT OF
        DEFENDANTS' OPPOSITION TO PLAINTIFF'S TRO APPLICATION

1    I, James Lee, declare:

2       1.   I have personal knowledge of the facts stated in this declaration and if called as a

3    witness I would testify to such facts under oath.

4       2.   I am currently a Vice President and Branch Manager at Stifel, Nicolaus & Company,

5    Incorporated. ("Stifel").  I have held that position since August 23, 2007, when I joined Stifel.  Prior to

6    Stifel, I was employed as a Vice President and Branch Office Manager at A.G. Edwards & Sons, Inc.

7    ("A.G. Edwards").  I joined A.G. Edwards in May, 1984.

8       3.   Attached as Exhibit A is a true and correct copy of an email message dated June 26,

9    2007 from Gene Diederich, who was A.G. Edwards' Executive Vice President and Director of Branches.

10   I received this message on or about its date.  In the first bullet point of his message, Mr. Diederich

11   stated:  "Wachovia Securities shares our belief that the FC, not the firm, owns the client relationship."

12   The other points, which have been redacted, did not qualify Mr. Diederich's statement about ownership

13   of the client relationship.

14       Executed on October _5_, 2007 in Roseville, California.

15       I declare under penalty of perjury that the foregoing is true and correct.

16

17       _____

18                        JAMES LEE

19

20

21

22

23

24

25

26

27

28

1

DECLARATION OF JAMES LEE

**EXHIBIT A**

| | |
|---|---|
| **From:** | Bohnenstiehl, Chasity on behalf of Diederich, Gene |
| **Sent:** | Tuesday, June 26, 2007 2:09 PM |
| **Subject:** | Branch Division e-News |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

INTERNAL USE ONLY

# Branch Division e-News

Message from Gene Diederich  EDWARDS.

**June 26, 2007**

Last week a number of you attended the first two of our six planned branch manager meetings in St. Louis. The agenda included presentations from senior management along with a discussion panel made up of some Wachovia Securities branch managers and producers.

I believe these meetings left those in attendance feeling very encouraged about our merger. The four remaining manager meetings will be held the week of July 9. If you haven't already attended, I look forward to seeing you then.

In the meantime, the following bullet points highlight information we learned about our new partner and the future of our combined firm:

- Wachovia Securities shares our belief that the FC, not the firm, owns the client relationship.

**REDACTED**

10/5/2007

**REDACTED**

10/5/2007

**REDACTED**

As the firm continues to work through complicated issues, such as the retention package, we recognize that this is an uncertain and emotional time for your branch employees. Thank you for your ongoing leadership as branch managers. You will continue to play a key role in helping us build this new firm.

Sincerely,

10/5/2007