**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: October 10, 2007

Case No.  C 07-05154 WHA

Title: A.G. EDWARDS  v. SLAYDEN

Plaintiff Attorneys: Anthony Paduano; Cameron Stout

Defense Attorneys: Kenneth Mennemeier; Stephen Lau

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Plt's Motion for TRO - Granted

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Parties shall submit a proposed order with the two one-day depositions each side shall be allowed to take.

Plaintiff will depose Mr. Slayden on 10/12 at 9am in SF and John Lee on 10/15 at 9am in Sacramento. Defendant will depose Gene Diederich on 10/17 at 9am in St. Louis and Mr. Hatcher on 10/19 at 9am in SF.  Plaintiff shall send defendant a letter confirming Mr. Diederich's deposition by 3pm tomorrow.