UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 9, 2007

Case No.  C 07-05154WHA

Title: A.G. EDWARDS  v. SAMUEL SLAYDEN

Plaintiff Attorneys: Anthony Paduano; Cameron Stout; Philip McLeod

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)    Plt's Motion for TRO - HELD

2)

Continued to **10/10/07 at 1:00 pm**   for Motion for TRO

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court shall continue the hearing until tomorrow so defendant can be present.