PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 11, 2007

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate
19th Floor
San Francisco, CA 94102

  Re: A.G. Edwards v. Slayden et al.
    C 07-05154-WHA
    Notice of Availability of Gene Diederich

Dear Judge Alsup:

  On October 10, 2007, the Court held a hearing on Plaintiff A.G. Edwards' Motion for Temporary Restraining Order and following argument the Court issued its ruling on the pending Motion. See Transcript at 32 et seq., (copy enclosed). As part of its ruling, the Court ordered expedited discovery, and that the parties shall each be permitted to take two depositions, which the Court then set from the bench. With respect to the individuals Defendants seek to examine, Mr. Mennemeier, counsel for Defendants, named Mr. Gene Diederich, Global Head of Branches for A.G. Edwards. Accordingly, the Court set Mr. Diederich's deposition for Wednesday, October 17, 2007 at 9:00 a.m. in St. Louis, Missouri, where Mr. Mennemeier believed Mr. Diederich lived. The Court then instructed us to provide written notice to the Court by 3:00 p.m. today, confirming that Mr. Diederich would be available for his deposition as set by the Court.

  In an effort to comply with the Court's order, immediately following the hearing, I contacted Mr. Diederich's office to advise him of the Court's ruling and make arrangements for his deposition. Unfortunately, we were informed that Mr. Diederich would be in South America from October 14th through October 20th due to a long-scheduled business trip. Immediately after receiving this information, I sent an email message to Mr. Mennemeier requesting that he please call me either that evening or this morning. I later followed-up my initial email with a second email

PADUANO & WEINTRAUB LLP

message informing Mr. Mennemeier that Mr. Diederich would be out of the country next week. In that message, I also proposed three options for Mr. Mennemeier to consider, including:

> (1) examining Mr. Diederich either in person or by telephone in Buenos Aires on the date currently set;
>
> (2) examining Mr. Chuck Van Gronigen, A.G. Edwards' deputy director of branches, who, I am told, has knowledge regarding A.G. Edwards' Santa Rosa office, in place of Mr. Diederich; or
>
> (3) stipulating to re-set Mr. Diederich's deposition for a date after he returns to the United States during the week of October 22nd.

In addition to the two email messages, I also called Mr. Mennemeier and left a voicemail requesting that he contact me as soon as possible. I received an email message from Mr. Mennemeier this afternoon indicating that he would let me know how Defendants wanted to proceed but no agreement has been sealed. The email messages are attached for the Court's review.

As previously indicated, Mr. Diederich will be available at 9:00 a.m. on Wednesday, October 17, 2007, to be examined by Mr. Mennemeier either in person in Buenos Aires or via phone. If these options are impracticable or unsuitable to Defendants, we will set Mr. Diederich's deposition for the first possible date after his return (October 25th and 26th), or arrange for Mr. Van Gronigen to appear in Mr. Diederich's place.[1] In light of these developments, we respectfully request that Mr. Diederich's deposition be re-scheduled as set forth above. Counsel is available and can appear in person or telephonically for a conference at the Court's convenience.

Respectfully,

Anthony Paduano
ap@pwlawyers.com

---

[1] In compliance with the Court's order, Mr. Hatcher has specially arranged to return from South Carolina to San Francisco and will be available for examination by Defendants on Friday, October 19th.

PADUANO & WEINTRAUB LLP

cc:  Kenneth Mennemeier, Esq. (via facsimile)
     Mennemeier, Glassman & Stroud LLP
     980 9th Street
     Suite 1700
     Sacramento, CA 95814