**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS INC, | No. C 07-05154 WHA |
| Plaintiff, | |
| v. | **ORDER RE REQUEST FOR RESCHEDULING** |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN | |
| Defendant. | |

Attorney Kenneth Mennemeier is ordered to accept in writing one of the options in the October 11 letter, all of which are acceptable to the Court, and to do so by **5:00 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated: October 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE