PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 12, 2007

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate
19th Floor
San Francisco, CA 94102

  Re: A.G. Edwards v. Slayden et al.
    C 07-05154-WHA
    Proposed Form of Order

Dear Judge Alsup:

  In accordance with the Court's order from the bench on October 10, 2007 regarding Plaintiff's Motion for Temporary Restraining Order and Motion for Expedited Discovery, I am submitting on behalf of the parties a proposed form of order.

  With reference to paragraph 2(d) regarding the deposition of Mr. Diederich, we yesterday confirmed to Defendants' counsel and the Court Mr. Diederich's availability for deposition on the date picked by the Court, October 17. Mr. Diederich, who oversees branches globally, will be in Buenos Aires that day and is available in person or by phone. Additionally, we offered Mr. Diederich in person or by telephone on October 12 in St. Louis, or by telephone on October 16 (from South America). We additionally offered Mr. Diederich by telephone on October 25 or 26 -- the first days Mr. Diederich is not traveling.

  Further, we offered the Deputy Head of Branches, Mr. Charles van Gronigen, in person in St. Louis on any day convenient to Defendants, while still allowing Defendants the opportunity to examine Mr. Diederich by telephone. (I have informed counsel for Defendants that Mr. van Gronigen has personal factual knowledge regarding the matters at issue in this case and that Mr. Diederich has none).

PADUANO & WEINTRAUB LLP

    Defendants have accepted none of these alternatives.

    Accordingly, we would ask the Court to appropriately and fairly modify the direction as to Mr. Diederich.

    We thank the Court for its courtesies.

Respectfully,

*[signature]*

Anthony Paduano
*ap@pwlawyers.com*

cc: Kenneth Mennemeier. Esq. (via facsimile and hand delivery)
Mennemeier, Glassman & Stroud LLP
980 9th Street
Suite 1700
Sacramento, CA 95814

Philip McLeod, CASB NO. 101101
philip.mcleod@kyl.com
Cameron Stout, CASB NO. 117373
cameron.stout@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Anthony Paduano
(*Pro Hac Vice*)
ap@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN, <br><br> Defendants. | Case No. C 07-05154-WHA <br><br> **[PROPOSED] ORDER ON PLAINTIFF A.G. EDWARDS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION AND AN ORDER PERMITTING EXPEDITED DISCOVERY** |

Pending before the Court is Plaintiff A.G. Edwards & Sons, Inc.'s Motion for Temporary Restraining Order and For a Preliminary Injunction and an Order Permitting Expedited Discovery (Doc. #3). Defendants Samuel Slayden, Denise Gilseth, Cathy McJilton, and Kelly Stromgren (collectively, "Defendants") have filed an

Opposition to Plaintiff's Motion. (Doc. #16.) On October 10, 2007, the Court held oral argument on Plaintiff's Motion. Having reviewed the parties' pleadings and heard argument, the Court now rules.

1. The Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion for Temporary Restraining Order as follows:

   a. With respect to Plaintiff's request that Defendants be enjoined from soliciting A.G. Edwards employees, the Court **DENIES** Plaintiff's request as to Defendants Slayden, Gilseth, and Stromgren **WITHOUT PREJUDICE** to Plaintiff demonstrating that Defendants Slayden, Gilseth, and Stromgren violated their fiduciary duties while they were employed by Plaintiff.

   b. As to Defendant McJilton, the Court **GRANTS** Plaintiff's request as follows: McJilton is barred from soliciting any employees who work for A.G. Edwards.

   c. With respect to Plaintiff's request that the Court enjoin Defendants from soliciting A.G. Edwards clients, the Court **GRANTS** Plaintiff's request as follows:

   (i) Defendants are barred from soliciting or otherwise initiating any contact with any A.G. Edwards clients beginning at 2:00 p.m. on October 10, 2007 until this Court or FINRA modifies this TRO;

   (ii) Defendants are not prohibited from communicating with or soliciting their clients who initiate contact with Defendants;

   (iii) if Plaintiff receives calls from clients asking to speak with one of the Defendants, Plaintiff shall inform the client that said Defendant has gone to work for another firm and provide the appropriate phone number.

     d.    **IT IS FURTHER ORDERED** that Plaintiff shall initiate the FINRA arbitration immediately and take all measures to have the hearing commenced not later than 15 days after the hearing date, or October 25, 2007.

    2.    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Expedited Discovery is **GRANTED** as follows:

     a.    Plaintiff and Defendants shall be permitted to take two depositions, per side for up to 1 day before the 15 day time period expires.

     b.    Plaintiff shall examine Defendant Samuel Slayden on Friday, October 12, 2007, at 9:00 a.m., at Keesal, Young & Logan. Mr. Slayden is ordered to bring all documents, computer files, and other materials or information he took with him from A.G. Edwards' Santa Rosa office.

     c.    Plaintiff shall examine John Lee on Monday, October 15, 2007, at 9:00 a.m., at Mennemeier, Glassman & Stroud. Lee is ordered to bring any and all documents and other materials he received from Mr. Slayden at or before the time Mr. Slayden resigned from A.G. Edwards.

     d.    Defendants shall examine Gene Diederich in St. Louis on Wednesday, October 17, 2007, at 9:00 a.m. By 3:00 p.m. on October 11, 2007, Plaintiff shall confirm to the Court in writing that it will produce Mr. Diederich for examination.

     e.    Defendants shall examine William Hatcher on Friday, October 19, 2007, at 9:00 a.m. at Sullwold & Hughes. Mr. Hatcher is ordered to bring any documents in his possession that support the allegations made in his Declaration in Support of Plaintiff's Motion for TRO.

    3.    **IT IS FURTHER ORDERED** that Defendants must preserve any

information, including all documents and computer or digital data and materials that Defendants took from A.G. Edwards. Any acts of destruction of such documents, data, and materials by Defendants will be considered obstruction of justice by the Court and may be referred to the Office of the United States Attorney.

4. **IT IS FURTHER ORDERED** that Stifel Nicolaus & Company, Inc. is bound by the terms of this Order.

5. **IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect until modified by this Court or FINRA.

DATED: October ___, 2007

_____
Judge William Alsup
United States District Court
Northern District of California