# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
kcm@mgslaw.com

Direct Dial
916-551-2580

October 12, 2007

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

      Re:   *A.G. Edwards v. Slayden et al.;*
             United States District Court, Northern District of California
             Case No. CV 07 05154 WHA

Dear Judge Alsup:

      On behalf of defendants Sam Slayden, Denise Gilseth, Cathy McJilton, and Kelly Stromgren, I write in compliance with the Court's Order of today's date. Defendants accept the third option provided in Mr. Paduano's October 11, 2007 letter, *i.e.,* "stipulating to re-set Mr. Diederich's deposition for a date after he returns to the United States during the week of October 22nd." (Paduano letter of 10/11/07 at 2.)

      Defendants therefore ask that the Court order Mr. Diederich's deposition be taken, either in St. Louis or San Francisco (at Mr. Diederich's convenience), on either October 22 or October 23, 2007. Deposing Mr. Diederich on October 25 or October 26, 2007 is unacceptable, because under FINRA's Code of Arbitration Procedure, the arbitration proceeding should commence no later than October 25, 2007.

                                            Very truly yours,

                                            Kenneth C. Mennemeier

KCM/akk

# MENNEMEIER, GLASSMAN & STROUD LLP

---

The Honorable William Alsup
October 12, 2007
Page 2


cc:   Mr. Anthony Paduano
      Paduano & Weintraub LLP
      1251 Avenue of the Americas
      Ninth Floor
      New York, New York 10020

445.03.LTR.Judge.Alsup.kcm.wpd