# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
kcm@mgslaw.com

Direct Dial
916-551-2580

October 12, 2007

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

Re: *A.G. Edwards v. Slayden et al.;*
United States District Court, Northern District of California
Case No. CV 07 05154 WHA

Dear Judge Alsup:

In response to Mr. Paduano's letter to the Court of today's date, I write to confirm that defendants Sam Slayden, Denise Gilseth, Cathy McJilton, and Kelly Stromgren are in agreement as to the proposed form of order as to Plaintiff's Motion for Temporary Restraining Order, so long as the Court modifies the proposed order as to the date of Mr. Diederich's deposition.

As per my letter to the Court of earlier today, Defendants accept Plaintiff's request that Mr. Diederich's deposition be taken upon his return the week of October 22nd.

Accordingly, Defendants respectfully request that the Court modify subparagraph 2(d) of the proposed order as follows: replace "Wednesday, October 17, 2007" with "Monday, October 22, 2007 or Tuesday, October 23, 2007."

We thank the Court for its courtesy.

Very truly yours,

Kenneth C. Mennemeier

KCM/akk

# MENNEMEIER, GLASSMAN & STROUD LLP

---

The Honorable William Alsup
October 12, 2007
Page 2


cc:     Mr. Anthony Paduano
        Paduano & Weintraub LLP
        1251 Avenue of the Americas
        Ninth Floor
        New York, New York 10020