Philip McLeod, CASB NO. 101101
philip.mcleod@kyl.com
Cameron Stout, CASB NO. 117373
cameron.stout@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Anthony Paduano
(*Pro Hac Vice*)
ap@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN,<br><br>　　　　　　　　　　Defendants. | Case No. C 07-05154-WHA<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING TEMPORARY RESTRAINING ORDER AND ORDER PERMITTING EXPEDITED DISCOVERY |

On October 15, 2007, the Court entered its Order on Plaintiff A.G. Edwards' Motion for Temporary Restraining Order and For a Preliminary Injunction and an Order Permitting Expedited Discovery (Doc. #26).

As part of its Order, the Court granted Plaintiff's request for expedited discovery

and ruled that Plaintiff and Defendants shall each be permitted to examine two witnesses. Defendants selected Mr. Gene Diederich as one of the witnesses they wanted to examine. The Court set the date for Defendants' examination of Mr. Diederich for Monday, October 22, 2007, or Tuesday, October 23, 2007, at 9:00 a.m., in St. Louis, Missouri.

The Court further ordered "that Plaintiff shall initiate the FINRA arbitration immediately and take all measures to have the hearing commenced not later than 15 days after the [TRO] hearing date, or October 25, 2007." (*Id.*, ¶1(d).)

Plaintiff and Defendants, through their respective counsel of record, hereby stipulate to and request that the Court adopt the following amendments to its October 15, 2007 Order:

1.  Defendants shall examine Mr. Diederich <u>in Santa Barbara, California on Monday, October 22, 2007, at 7:00 a.m.</u>

2.  Plaintiff must take all measures to have the FINRA arbitration hearing commenced <u>not later than October 29, 2007</u> – the date the parties have jointly requested FINRA to start the hearing.

The remainder of the Court's Order shall remain unchanged.

**IT IS SO STIPULATED.**

DATED: October ____, 2007

    /s/ Anthony Paduano  
ANTHONY PADUANO (*Pro Hac Vice*)  
PADUANO & WEINTRAUB LLP  
Attorneys for Plaintiff  
A.G. EDWARDS & SONS, INC.

DATED: October ____, 2007

KENNETH C. MENNEMEIER  
STEPHEN LAU  
MENNEMEIER, GLASSMAN & STROUD LLP  
Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN

The Court, having considered the amendments set forth in the parties' Stipulation, hereby amends its October 15, 2007 Order on Plaintiff's Motion for TRO (Doc. #26) accordingly. All other rulings in the Court's Order remain unchanged.

**IT IS SO ORDERED.**

DATED: October ____, 2007

_____  
Judge William Alsup  
United States District Court  
Northern District of California

1 | DATED: October ___, 2007

2 | ANTHONY PADUANO (*Pro Hac Vice*)
PADUANO & WEINTRAUB LLP
3 | Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

5 | DATED: October 16, 2007

6 | *Kenneth C. Mennemeier*
KENNETH C. MENNEMEIER
STEPHEN LAU
7 | MENNEMEIER, GLASSMAN & STROUD LLP
8 | Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN

The Court, having considered the amendments set forth in the parties' Stipulation, hereby amends its October 15, 2007 Order on Plaintiff's Motion for TRO (Doc. #26) accordingly. All other rulings in the Court's Order remain unchanged.

**IT IS SO ORDERED.**

DATED: October ___, 2007

Judge William Alsup
United States District Court
Northern District of California

-3-

KYL_SF457276

STIPULATION AND PROPOSED ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA