1  Philip McLeod, CASB NO. 101101
   philip.mcleod@kyl.com
2  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Anthony Paduano
7  (*Pro Hac Vice*)
   ap@pwlawyers.com
8  PADUANO & WEINTRAUB LLP
   1251 Avenue of the Americas, Ninth Floor
9  New York, New York 10020
   Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099

11 Attorneys for Plaintiff
   A.G. EDWARDS & SONS, INC.
12

13                  UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 A.G. EDWARDS & SONS, INC.,          )  Case No. C 07-05154-WHA
                                       )
17                        Plaintiff,   )  STIPULATION AND [PROPOSED]
                                       )  ORDER AMENDING TEMPORARY
18              vs.                     )  RESTRAINING ORDER AND ORDER
                                       )  PERMITTING EXPEDITED
19 SAMUEL SLAYDEN, DENISE GILSETH,     )  DISCOVERY
   CATHY MCJILTON, and KELLY           )
20 STROMGREN,                          )
                                       )
21                        Defendants.  )
                                       )
22 _____    )

23

24     On October 15, 2007, the Court entered its Order on Plaintiff A.G. Edwards'

25 Motion for Temporary Restraining Order and For a Preliminary Injunction and an Order

26 Permitting Expedited Discovery (Doc. #26).

27     As part of its Order, the Court granted Plaintiff's request for expedited discovery

28

- 1 -
                                                          KYL_SF457276

STIPULATION AND PROPOSED ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA

and ruled that Plaintiff and Defendants shall each be permitted to examine two witnesses. Defendants selected Mr. Gene Diederich as one of the witnesses they wanted to examine. The Court set the date for Defendants' examination of Mr. Diederich for Monday, October 22, 2007, or Tuesday, October 23, 2007, at 9:00 a.m., in St. Louis, Missouri.

The Court further ordered "that Plaintiff shall initiate the FINRA arbitration immediately and take all measures to have the hearing commenced not later than 15 days after the [TRO] hearing date, or October 25, 2007." (*Id.*, ¶1(d).)

Plaintiff and Defendants, through their respective counsel of record, hereby stipulate to and request that the Court adopt the following amendments to its October 15, 2007 Order:

1.    Defendants shall examine Mr. Diederich in Santa Barbara, California on Monday, October 22, 2007, at 7:00 a.m.

2.    Plaintiff must take all measures to have the FINRA arbitration hearing commenced not later than October 29, 2007 – the date the parties have jointly requested FINRA to start the hearing.

The remainder of the Court's Order shall remain unchanged.

**IT IS SO STIPULATED.**

KYL_SF457276

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA

1   DATED: October ____, 2007

2                                                    /s/ Anthony Paduano
                                                    ANTHONY PADUANO (*Pro Hac Vice*)
                                                    PADUANO & WEINTRAUB LLP
3                                                   Attorneys for Plaintiff
                                                    A.G. EDWARDS & SONS, INC.
4

5   DATED: October ____, 2007

6                                                   KENNETH C. MENNEMEIER
                                                    STEPHEN LAU
7                                                   MENNEMEIER, GLASSMAN & STROUD
                                                    LLP
8                                                   Attorneys for Defendants SAMUEL
                                                    SLAYDEN, DENISE GILSETH, CATHY
9                                                   MCJILTON, and KELLY STROMGREN

10

11
        The   Court,  having   considered   the   amendments   set   forth   in   the   parties'
12
    Stipulation, hereby amends its October 15, 2007 Order on Plaintiff's Motion for TRO
13
    (Doc. #26) accordingly.   All other rulings in the Court's Order remain unchanged.
14

15

16      **IT IS SO ORDERED**.

17

18
    DATED: October ____, 2007
19                                                  _____
                                                    Judge William Alsup
20                                                  United States District Court
                                                    Northern District of California
21

22

23

24

25

26

27

28

KYL_SF457276
STIPULATION AND ~~PROPOSED~~ ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA

1  DATED: October _____, 2007

2                                          ANTHONY PADUANO (*Pro Hac Vice*)
                                           PADUANO & WEINTRAUB LLP
3                                          Attorneys for Plaintiff
                                           A.G. EDWARDS & SONS, INC.
4

5  DATED: October 16, 2007

6                                          *Kenneth C. Mennemeier*
                                           KENNETH C. MENNEMEIER
7                                          STEPHEN LAU
                                           MENNEMEIER, GLASSMAN & STROUD
8                                          LLP
                                           Attorneys for Defendants SAMUEL
9                                          SLAYDEN, DENISE GILSETH, CATHY
                                           MCJILTON, and KELLY STROMGREN

10

11      The Court, having considered the amendments set forth in the parties'

12  Stipulation, hereby amends its October 15, 2007 Order on Plaintiff's Motion for TRO

13  (Doc. #26) accordingly.   All other rulings in the Court's Order remain unchanged.

14

15

16      IT IS SO ORDERED.

17

18  DATED: October 18, 2007

19                                          _____
                                            Judge William Alsup
20                                          United States District Court
                                            Northern District of California

21

22

23

24

25

26

27

28

KYL_SF457276

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA