UNITED STATES DISTRICT COURT

Northern District of California

A.G. Edwards & Sons, Inc.

                                    Plaintiff(s),

     v.

Samuel Slayden, et al.,

                                  Defendant(s).
                                                     /

CASE NO. CV 07-05154 WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Leonard Weintraub ☐ , an active member in good standing of the bar of New York ☐ whose business address and telephone number (particular court to which applicant is admitted) is

1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff A.G. Edwards. ☐ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                                   _____
                                                                United States District    Judge