|Clerk's Use Only|
|---|
|Initial for fee pd.:|

Leonard Weintraub
Paduano & Weintraub LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
(Name, address, and phone number of applicant)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

A.G. EDWARDS & SONS, INC.,

    Plaintiff(s),

v.

SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN

    Defendant(s).

CASE NO. CV 07-05154 WHA

(AMENDED)
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Leonard Weintraub , an active member in good standing of the bar of New York, and admitted to practice before all courts in the State of New York, including its highest Court, the Court of Appeals, , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing A.G. Edwards & Sons, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Philip A. McLeod
Cameron Stout
Gordon C. Young
Keesal, Young & Logan
Four Embarcadero Centero, Suite 1500
San Francisco, California 94111
(415) 398-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/23/2007