Clerk's Use Only

Initial for fee pd.:

Anthony Paduano
Paduano & Weintraub, LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
212-785-9100
(Name, address, and phone
number of applicant)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

A.G. EDWARDS & SONS, INC.,

Plaintiff(s),

v.

SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN

Defendant(s).

CASE NO.  CV 07-05154 WHA

(Amended)
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,    Anthony Paduano    , an active member in good standing of the bar of the United States District Court for the Southern District of New York    , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing A.G. Edwards & Sons, Inc  in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:    Philip A. McLeod
       Cameron Stout
       Gordon C. Young
       Keesal, Young & Logan
       Four Embarcadero Centero, Suite 1500
       San Francisco, California 94111
       (415) 398-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/23/2007