UNITED STATES DISTRICT COURT

Northern District of California

A.G. Edwards & Sons, Inc.

CASE NO. CV 07-05154 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.
Samuel Slayden, et al.,

Defendant(s).
_____/

Leonard Weintraub , an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is

1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff A.G. Edwards.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  October 24, 2007.

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup

_____
United States District Judge