E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

C 07 5154 BZ

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | CASE NO. |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN | |
| Defendant(s). | |

Anthony Paduano, an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is Paduano & Weintraub, LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
212-785-9100
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing A.G. Edwards & Sons, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Oct 29, 2007.

_____
United States Magistrate Judge