1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  STEPHEN LAU (SBN 221051)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone: (916) 553-4000
4  Facsimile: (916) 553-4011

5  Attorneys for Defendants
   Samuel Slayden, Denise Gilseth,
6  Cathy McJilton, and Kelly Stromgren

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | A.G. EDWARDS & SONS, INC.,         ) CASE NO: C 07-05154 WHA
                                       )
12 |        Plaintiff,                 ) **PROOF OF SERVICE**
                                       )
13 | v.                                ) Date:      November 9, 2007
                                       ) Time:      tba
14 | SAMUEL SLAYDEN, DENISE GILSETH,   ) Courtroom: 9
     CATHY MCJILTON, and KELLY         )
15 | STROMGREN,                        ) Complaint Filed: October 9, 2007
                                       ) TRO Issued:      October 10, 2007
16 |        Defendants.                )
                                       )
17 |_____   )

18 SEE ATTACHED.

Case Name: *A.G. Edwards & Sons, Inc. v. Slayden, et al.*
Case No.: U.S. District Court, Northern District of California, Case No. 07-CV-05154 WHA

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On November 7, 2007, I served the within documents:

1. DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
3. DECLARATION OF KENNETH C. MENNEMEIER IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
4. DECLARATION OF SAM SLAYDEN IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
5. DECLARATION OF DENISE GILSETH IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
6. DECLARATION OF CATHY MCJILTON IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
7. DECLARATION OF KELLY STROMGREN IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER;
8. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

**LEONARD WEINTRAUB**
**PADUANO & WEINTRAUB LLP**
**1251 AVENUE OF THE AMERICAS**
**NINTH FLOOR**
**NEW YORK, NEW YORK 10020**
**FACSIMILE: 212.785.9099**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on November 7, 2007, at Sacramento, California.

*Angela Knight*
Angela Knight