**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS INC, | No. C 07-05154 WHA |
| Plaintiff, | |
| v. | **ORDER RE SETTING HEARING** |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN | |
| Defendants. | |

The Court has received defendants' request for judicial notice in support of motion to modify temporary restraining order. The hearing on this matter is schedule for Thursday, **NOVEMBER 15, 2007**, at **NOON**. Plaintiff's response is due on **TUESDAY, NOVEMBER 13, 2007**, at **NOON**.

**IT IS SO ORDERED.**

Dated: November 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE