# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
kcm@mgslaw.com

Direct Dial
916-551-2580

November 9, 2007

**VIA ELECTRONIC FILING AND OVERNIGHT DELIVERY**
The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

      Re:    A.G. Edwards v. Slayden et al.;
              United States District Court, Northern District of California
              Case No. CV 07 05154 WHA

Dear Judge Alsup:

      I write on behalf of the Defendants to respectfully request that the Court move the hearing on Defendants Motion to Modify the TRO from Thursday, November 15, 2007, to Wednesday, November 14, 2007.

      The reason for this request is that, on Thursday November 15, the parties are scheduled to be in the middle of the continued FINRA arbitration hearing for this matter. The FINRA arbitration hearing commenced on October 29 and continued on October 30. After two days of arbitration hearings, Plaintiff was still presenting its case. Although Defendants asked the arbitrators to continue the arbitration hearing on consecutive days until completed, the arbitrators were not available for additional hearing sessions until November 15 and 16.

      Upon seeing that the Court had set the hearing on Defendants' motion to modify the TRO for November 15, I contacted Plaintiff's counsel by e-mail to ask whether Plaintiff would stipulate to having the Court hear Defendants' motion a day earlier (i.e., on Wednesday, November 14). Plaintiff would not so stipulate, with Plaintiff's counsel indicating that he is not available that day. For the Court's reference, a copy of that e-mail exchange is attached.

      Because the matter is time sensitive, because the Defendants have already been subject to the Court's TRO for thirty (30) days (since October 10), and because Defendants anticipate that the parties and their counsel will be in the middle of the continued FINRA

# MENNEMEIER, GLASSMAN & STROUD LLP

The Honorable William Alsup
November 9, 2007
Page 2

arbitration hearing on November 15, Defendants respectfully ask the Court to move the hearing on Defendants' motion to November 14. We thank the Court for its time and consideration.

Very truly yours,

*Kenneth C. Mennemeier*

Kenneth C. Mennemeier

KCM/me
Attachment
cc:   Mr. Anthony Paduano (via e-mail)
      Paduano & Weintraub LLP
      1251 Avenue of the Americas
      Ninth Floor
      New York, New York 10020

      Mr. Leonard Weintraub (via e-mail)
      Paduano & Weintraub LLP
      1251 Avenue of the Americas
      Ninth Floor
      New York, New York 10020

      Philip McLeod (via e-mail)
      Cameron Stout
      Keesal, Young & Logan
      Four Embarcadero Center, Suite 1500
      San Francisco, CA 94111

## Ken Mennemeier

**From:** Anthony Paduano [ap@pwlawyers.com]
**Sent:** Thursday, November 08, 2007 2:49 PM
**To:** Ken Mennemeier
**Cc:** JAH@greenstamps.com; joseph.dougherty@bipc.com; Katherine Harrison
**Subject:** Re: AG Edwards v. Slayden, et al. - date for hearing on motion to modify TRO

No. I cannot participate in a hearing on november 14; therefore, we cannot consent to the proposed rescheduling.

---------------------------
Anthony Paduano
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas Ninth Floor
New York, New York 10020
Tel: 212-785-9100
Fax: 212-785-9099
www.pwlawyers.com.

The information contained in this message is privileged and confidential and intended only for the individual recipient identified above. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete this message. Thank you.


-----Original Message-----
From: Ken Mennemcier <kcm@mgslaw.com>
To: Anthony Paduano
CC: James A. Hughes <JAH@greenstamps.com>; Dougherty, Joseph A. <joseph.dougherty@bipc.com>; Katherine Harrison
Sent: Thu Nov 08 16:41:17 2007
Subject: AG Edwards v. Slayden, et al. - date for hearing on motion to modify TRO

Anthony:
The Court scheduled the hearing on our motion to modify the TRO for Thursday, November 15, at noon.
As you know, we are scheduled to be in the middle of our continued arbitration hearing that day.
We anticipate asking the Court to move the hearing to Wednesday, November 14.
Are you agreeable to having the Court move up the hearing one day, to avoid the conflict with the arbitration hearing?
Please advise.
Thanks
Ken Mennemeier
cc: Kate Harrison, Jim Hughes, Joe Dougherty

Kenneth C. Mennemeier
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, CA  95814
Direct: (916) 551-2580
Facsimile: (916) 553-4011
E-mail: kcm@mgslaw.com

11/9/2007