PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

November 9, 2007

**Via Electronic Filing**

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94103

Re: A. G. Edwards v. Slayden et al., Case No. CV 07 05154 WHA

Dear Judge Alsup:

Together with Keesal, Young & Logan, we represent Plaintiff A. G. Edwards & Sons, Inc. in the referenced matter. I write in response to the letter today to the Court by counsel for Defendants.

I am lead counsel and cannot appear in Court on November 14 on Defendants' emergency application. In addition to other commitments, I am on that day scheduled to travel to San Francisco from Florida; plus, of course, I must prepare for the continued arbitration that parallels this case and is scheduled to commence at 9:00 a.m. on November 15, 2007.

Defendants have been represented by four lawyers at the arbitration: Kenneth C. Mennemeier, Esq., Steven Lau, Esq., James Hughes, Esq. and Joseph A. Dougherty, Esq. In contrast, I am the only attorney who has appeared for A.G. Edwards.

The arbitrators in our case have already ruled, at my request, that the arbitration will adjourn at Noon for one-and-one-half hours on November 15. In light of Defendants' emergency application, we simply now need to inform the arbitrators of the Court's Order that we appear at Noon on November 15 on Defendants' application and have them further adjust the schedule they have set so that we can

prepare for the hearing before the Court, appear on time, and resume the arbitration at some point thereafter. Thus, there is absolutely no good reason to re-set the hearing date set by the Court.

Thank you for your courtesies.

Respectfully,

Anthony Paduano

cc: Kenneth C. Mennemeier, Esq.
Cameron Stout, Esq.