IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS INC, | No. C 07-05154 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO MOVE NOVEMBER 15 HEARING DATE** |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN | |
| Defendants. | |

The Court has received defendants' request to move the hearing on defendants' motion to modify the TRO from Thursday, November 15, 2007, to Wednesday, November 14, 2007. Because there is no good cause to move the hearing date, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE