Philip McLeod, CASB NO. 101101
philip.mcleod@kyl.com
Cameron Stout, CASB NO. 117373
cameron.stout@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Anthony Paduano
(Admitted *Pro Hac Vice*)
ap@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN, <br><br>    Defendants. | Case No. 07-05154 <br><br> DECLARATION OF ANTHONY PADUANO IN OPPOSITION TO DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER |

I, ANTHONY PADUANO, declare under penalty of perjury:

1. I am admitted *pro hac vice* before this Court and am a member of the firm Paduano & Weintraub LLP, counsel for plaintiffs A.G. EDWARDS & SONS, INC. ("Plaintiff" or "Edwards") in this proceeding. I submit this Declaration in opposition to

the Motion to Modify Temporary Restraining Order of Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON and KELLY STROMGREN (collectively, "Defendants"). Except as to those matters stated on information and belief, I have personal knowledge of the facts set forth below.

2. Attached as Exhibit A are true and correct copies of pages from the October 30, 2007 arbitration pending before the Financial Industry Regulatory Authority ("FINRA"), including the cover page for that day. Specifically, and in addition to the cover page 271, the following pages from the FINRA arbitration are attached: 275, 483-87, 510 and 549.

3. Attached as Exhibit B is a true and correct copy of the transcript of the proceedings related to Edwards' application for a temporary restraining order on October 10, 2007.

4. Attached as Exhibit C is a true and correct copy of the Court's October 15, 2007 Order On Plaintiff A.G. Edwards' Motion For Temporary Restraining Order And For A Preliminary Injunction And An Order Permitting Expedited Discovery.

5. Attached as Exhibit D is a true and correct copy of the October 18, 2007 Stipulation And Order Amending Temporary Restraining Order And Order Permitting Expedited Discovery.

6. Attached as Exhibit E is a true and correct copy of a letter, dated November 9, 2007, from Defendants' counsel to FINRA and all counsel of record in which Defendants' counsel advises, *inter alia*, that they have documents belonging to Edwards in their possession.

7. Attached as Exhibit F is a true and correct copy of the November 2, 2007 FINRA Order on the Exchange of Additional Documents and Additional Hearing Issues.

8. Attached as Exhibit G is a true and correct copy of a letter, dated November 8, 2007, from Defendants' counsel to Edwards' counsel advising that Defendants were producing ACATS and Account Owner Information Forms that day.

9. Attached as Exhibit H are true and correct copies of pages from the October

15, 2007 deposition of John Lee, a Stifel Senior Vice President and Managing Director, including the cover page for that deposition. Specifically, and in addition to cover page one, the following pages from Mr. Lee's deposition are attached: 66-67, 131-33.

9. I also categorically deny that Edwards has delayed the FINRA arbitration in any way. To the contrary, Defendants' refusal to provide discovery as ordered and their insistence on truncating this proceeding have done nothing but waste time. Defendants are attempting to "run the clock" in the arbitration, thereby denying Edwards its fair chance to be heard. That is why Edwards respectfully requests that this Court's October 15, 2007 order stay in place until after the arbitration panel rules and the parties thereafter appear before the Court.

DECLARATION OF ANTHONY PADUANO IN OPPOSITION TO DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 12th day of November, 2007, in the City and County of New York, New York.

_____
ANTHONY PADUANO

DECLARATION OF ANTHONY PADUANO IN OPPOSITION TO DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER