1  Philip McLeod, CASB NO. 101101
   philip.mcleod@kyl.com
2  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Anthony Paduano
7  (*Pro Hac Vice*)
   ap@pwlawyers.com
8  PADUANO & WEINTRAUB LLP
   1251 Avenue of the Americas, Ninth Floor
9  New York, New York 10020
   Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099

11 Attorneys for Plaintiff
   A.G. EDWARDS & SONS, INC.
12

13            UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 A.G. EDWARDS & SONS, INC.,          ) Case No. C 07-05154-WHA
                                        )
17                  Plaintiff,          ) [PROPOSED] ORDER ON PLAINTIFF
                                        ) A.G. EDWARDS' MOTION FOR
18       vs.                            ) TEMPORARY RESTRAINING ORDER
                                        ) AND FOR A PRELIMINARY
19 SAMUEL SLAYDEN, DENISE GILSETH,     ) INJUNCTION AND AN ORDER
   CATHY MCJILTON, and KELLY            ) PERMITTING EXPEDITED
20 STROMGREN,                           ) DISCOVERY
                                        )
21                  Defendants.         )
                                        )
22                                      )

23
           Pending before the Court is Plaintiff A.G. Edwards & Sons, Inc.'s Motion for
24
   Temporary Restraining Order and For a Preliminary Injunction and an Order
25
   Permitting Expedited Discovery (Doc. #3). Defendants Samuel Slayden, Denise Gilseth,
26
27 Cathy McJilton, and Kelly Stromgren (collectively, "Defendants") have filed an
28

Opposition to Plaintiff's Motion. (Doc. #16.) On October 10, 2007, the Court held oral argument on Plaintiff's Motion. Having reviewed the parties' pleadings and heard argument, the Court now rules.

    1.    The Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion for Temporary Restraining Order as follows:

    a.    With respect to Plaintiff's request that Defendants be enjoined from soliciting A.G. Edwards employees, the Court **DENIES** Plaintiff's request as to Defendants Slayden, Gilseth, and Stromgren **WITHOUT PREJUDICE** to Plaintiff demonstrating that Defendants Slayden, Gilseth, and Stromgren violated their fiduciary duties while they were employed by Plaintiff.

    b.    As to Defendant McJilton, the Court **GRANTS** Plaintiff's request as follows: McJilton is barred from soliciting any employees who work for A.G. Edwards.

    c.    With respect to Plaintiff's request that the Court enjoin Defendants from soliciting A.G. Edwards clients, the Court **GRANTS** Plaintiff's request as follows:

        (i)    Defendants are barred from soliciting or otherwise initiating any contact with any A.G. Edwards clients beginning at 2:00 p.m. on October 10, 2007 until this Court or FINRA modifies this TRO;

        (ii)    Defendants are not prohibited from communicating with or soliciting their clients who initiate contact with Defendants;

        (iii)    if Plaintiff receives calls from clients asking to speak with one of the Defendants, Plaintiff shall inform the client that said Defendant has gone to work for another firm and provide the appropriate phone number.

    d.    **IT IS FURTHER ORDERED** that Plaintiff shall initiate the FINRA arbitration immediately and take all measures to have the hearing commenced not later than 15 days after the hearing date, or October 25, 2007.

    2.    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Expedited Discovery is **GRANTED** as follows:

    a.    Plaintiff and Defendants shall be permitted to take two depositions, per side for up to 1 day before the 15 day time period expires.

    b.    Plaintiff shall examine Defendant Samuel Slayden on Friday, October 12, 2007, at 9:00 a.m., at Keesal, Young & Logan. Mr. Slayden is ordered to bring all documents, computer files, and other materials or information he took with him from A.G. Edwards' Santa Rosa office.

    c.    Plaintiff shall examine John Lee on Monday, October 15, 2007, at 9:00 a.m., at Mennemeier, Glassman & Stroud. Lee is ordered to bring any and all documents and other materials he received from Mr. Slayden at or before the time Mr. Slayden resigned from A.G. Edwards.

    d.    Defendants shall examine Gene Diederich in St. Louis on Monday, October 22, 2007, or Tuesday, October 23, 2007, ~~Wednesday, October 17, 2007~~, at 9:00 a.m. By 3:00 p.m. on October 11, 2007, Plaintiff shall confirm to the Court in writing that it will produce Mr. Diederich for examination.

    e.    Defendants shall examine William Hatcher on Friday, October 19, 2007, at 9:00 a.m. at Sullwold & Hughes. Mr. Hatcher is ordered to bring any documents in his possession that support the allegations made in his Declaration in Support of Plaintiff's Motion for TRO.

    3.    **IT IS FURTHER ORDERED** that Defendants must preserve any

information, including all documents and computer or digital data and materials that Defendants took from A.G. Edwards. Any acts of destruction of such documents, data, and materials by Defendants will be considered obstruction of justice by the Court and may be referred to the Office of the United States Attorney.

4. **IT IS FURTHER ORDERED** that Stifel Nicolaus & Company, Inc. is bound by the terms of this Order.

5. **IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect until modified by this Court or FINRA.

DATED: October 15, 2007

*IT IS SO ORDERED*
*Judge William Alsup*

_____
Judge William Alsup
United States District Court
Northern District of California

- 4 -

KYL_SF457019

ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. C 07-05154-WHA