1  Philip McLeod, CASB NO. 101101
   philip.mcleod@kyl.com
2  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Anthony Paduano
7  (*Pro Hac Vice*)
   ap@pwlawyers.com
8  PADUANO & WEINTRAUB LLP
   1251 Avenue of the Americas, Ninth Floor
9  New York, New York 10020
   Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099

11 Attorneys for Plaintiff
   A.G. EDWARDS & SONS, INC.
12

13              UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 A.G. EDWARDS & SONS, INC.,           )  Case No. C 07-05154-WHA
                                        )
17                    Plaintiff,        )  STIPULATION AND [PROPOSED]
                                        )  ORDER AMENDING TEMPORARY
18       vs.                            )  RESTRAINING ORDER AND ORDER
                                        )  PERMITTING EXPEDITED
19 SAMUEL SLAYDEN, DENISE GILSETH,      )  DISCOVERY
   CATHY MCJILTON, and KELLY            )
20 STROMGREN,                           )
                                        )
21                    Defendants.       )
                                        )
22                                      )

23
           On October 15, 2007, the Court entered its Order on Plaintiff A.G. Edwards'
24
   Motion for Temporary Restraining Order and For a Preliminary Injunction and an Order
25
   Permitting Expedited Discovery (Doc. #26).
26
           As part of its Order, the Court granted Plaintiff's request for expedited discovery
27
28
                                           - 1 -                          KYL_SF457276

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA

and ruled that Plaintiff and Defendants shall each be permitted to examine two witnesses. Defendants selected Mr. Gene Diederich as one of the witnesses they wanted to examine. The Court set the date for Defendants' examination of Mr. Diederich for Monday, October 22, 2007, or Tuesday, October 23, 2007, at 9:00 a.m., in St. Louis, Missouri.

The Court further ordered "that Plaintiff shall initiate the FINRA arbitration immediately and take all measures to have the hearing commenced not later than 15 days after the [TRO] hearing date, or October 25, 2007." (*Id.*, ¶1(d).)

Plaintiff and Defendants, through their respective counsel of record, hereby stipulate to and request that the Court adopt the following amendments to its October 15, 2007 Order:

1. Defendants shall examine Mr. Diederich <u>in Santa Barbara, California on Monday, October 22, 2007, at 7:00 a.m.</u>

2. Plaintiff must take all measures to have the FINRA arbitration hearing commenced <u>not later than October 29, 2007</u> – the date the parties have jointly requested FINRA to start the hearing.

The remainder of the Court's Order shall remain unchanged.

**IT IS SO STIPULATED.**

DATED: October ____, 2007

/s/ Anthony Paduano
ANTHONY PADUANO (*Pro Hac Vice*)
PADUANO & WEINTRAUB LLP
Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

DATED: October ____, 2007

KENNETH C. MENNEMEIER
STEPHEN LAU
MENNEMEIER, GLASSMAN & STROUD LLP
Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN

The Court, having considered the amendments set forth in the parties' Stipulation, hereby amends its October 15, 2007 Order on Plaintiff's Motion for TRO (Doc. #26) accordingly. All other rulings in the Court's Order remain unchanged.

**IT IS SO ORDERED.**

DATED: October ____, 2007

Judge William Alsup
United States District Court
Northern District of California

1  DATED: October ____, 2007

2                                              ANTHONY PADUANO (*Pro Hac Vice*)
                                               PADUANO & WEINTRAUB LLP
3                                              Attorneys for Plaintiff
                                               A.G. EDWARDS & SONS, INC.
4

5  DATED: October 16, 2007

6                                              *Kenneth C. Mennemeier*
                                               KENNETH C. MENNEMEIER
                                               STEPHEN LAU
7                                              MENNEMEIER, GLASSMAN & STROUD LLP
8                                              Attorneys for Defendants SAMUEL
                                               SLAYDEN, DENISE GILSETH, CATHY
9                                              MCJILTON, and KELLY STROMGREN

10

11    The Court, having considered the amendments set forth in the parties'
12 Stipulation, hereby amends its October 15, 2007 Order on Plaintiff's Motion for TRO
13 (Doc. #26) accordingly. All other rulings in the Court's Order remain unchanged.
14

15

16    **IT IS SO ORDERED.**

17

18 DATED: October 18, 2007

19                                             _____
                                               Judge William Alsup
20                                             United States District Court
                                               Northern District of California
21

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge William Alsup]