# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
kcm@mgslaw.com

Direct Dial
916-551-2580

November 9, 2007

**VIA FACSIMILE AND OVERNIGHT MAIL**
Ms. Maria I. Reyes
Case Assistant
FINRA Dispute Resolution
Western Region
300 South Grand Avenue
Suite 900
Los Angeles, CA 90071-3135
Facsimile: 301.527.4776

Re: *A.G. Edwards & Sons, Inc. v. Slayden, et al.;*
FINRA Dispute Resolution Arbitration No. 07-02897

Dear Ms. Reyes:

This office represents respondents Samuel Slayden, Denise Gilseth, Cathy McJilton, and Kelly Stromgren in the above-referenced matter.

I write in response to the November 7, 2007 letter from Willard Knox, counsel for Claimant in the above matter. By that letter, Claimant moved that the FINRA Panel compel Respondents to produce "hard copies" of certain computer files that were in the possession of Respondents Denise Gilseth and Kelly Stromgren after they departed from A.G. Edwards. This letter constitutes Respondents' response to that motion.

At issue in Claimant's motion are two CD-ROM's that Respondents produced to Claimant during the course of discovery. One of those CD-ROM's is Bates-labeled "KS 00248." The other is Bates-labeled "DG 02660."

### CD-ROM Labeled "KS 00248"

The CD-ROM labeled "KS 00248" is an exact copy of a flash memory drive that Respondent Kelly Stromgren took with her when she left A.G. Edwards. (Respondents' counsel hired a third party service to copy the contents of the flash memory drive onto the CD-ROM. The original flash memory drive remains in the possession of Respondents' counsel.) That CD-

445.06.LTR.FINRA.Reyes.1.sl.mtc.wpd

## MENNEMEIER, GLASSMAN & STROUD LLP

Maria J. Reyes
FINRA
November 9, 2007
Page 2

ROM contains only two files: "Kelly.xls" and "Kelly2.xls." According to the Declaration of Joe Silverman, which accompanies Claimant's motion, Claimant has been able to open "Kelly.xls." However, Claimant claims that it is unable to open "Kelly2.xls."

Remarkably, neither Claimant's letter nor the Silverman Declaration indicates whether Claimant made any attempt to open "Kelly2.xls" using Microsoft Excel 2007. (James Hughes, counsel for Respondent Stifel, Nicolaus & Company, specifically suggested during the second day of the arbitration hearing that the files on "KS 00248" may be opened with Excel 2007.) Indeed, Respondents' counsel was able to open the "Kelly2.xls" document in a matter of seconds using Excel 2007.

Respondents oppose Claimant's motion to compel as to the computer files on "KS 00248" in that such motion practice is utterly unnecessary. Respondents believe that Claimant's counsel has access to Microsoft Excel 2007, and that he could have opened and viewed "Kelly2.xls" without resorting to a discovery motion. However, as a courtesy to Claimants, Respondents are prepared to produce a printout of "Kelly2.xls" to Claimants if the Panel so orders.

### CD-ROM Labeled "DG 02660"

The CD-ROM labeled "DG 02660" is an exact copy of a flash memory drive that Respondent Denise Gilseth took with her when she left A.G. Edwards. (Again, Respondents' counsel hired a third party service to copy the contents of the flash memory drive onto the CD-ROM. The original flash memory drive remains in the possession of Respondents' counsel.) According to the Declaration of Joe Silverman, Claimant has been able to open the documents on that CD-ROM entitled "contacts-excel.xls" and "contacts.txt." However, Claimant claims to be unable to open any other files on that CD-ROM.

We are informed that Denise Gilseth's assistant, Jamie Van Heusen, is the person who copied files onto a flash memory drive and that the only files that she knowingly placed on that flash memory drive are the two files entitled "contacts-excel.xls" and "contacts.txt," i.e., the two files that Claimant has already opened. (Ms. Van Heusen can testify to the same.) As to all of the other files on that CD-ROM, Ms. Gilseth and Ms. Van Heusen do not know what data they contain, did not knowingly create or modify those files, and did not – and could not – open those files themselves. (It appears that most of those other computer files

MENNEMEIER, GLASSMAN
& STROUD LLP

Maria I. Reyes
FINRA
November 9, 2007
Page 3

on the CD-ROM are non-opening software files that were manufacturer-installed on the original flash memory drive.) To the extent that Claimant seeks a "hard copy" printout of all those other files, Respondents are no more able to generate such printouts than Claimant and its experts.

For these reasons, Respondents oppose Claimant's motion to compel as to the computer files on the CD-ROM labeled "DG 02660."

Very truly yours,

*Kenneth C. Mennemeier*

Kenneth C. Mennemeier

KCM:akk
Enclosures: Three (3) copies
cc:    Anthony Paduano (by facsimile)
       Willard Knox (by facsimile)
       James Hughes (by facsimile)
       Joseph Dougherty (by e-mail only)

445.06.LTR.FINRA.Reyes.1.sl.mtc.wpd

| | |
|---|---|
| 1 | Case Name:     *A.G. Edwards & Sons, Inc. v. Slayden, et al.* |
| 2 | FINRA Arbitration No:     07-02897 |

### PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On November 9, 2007, I served the within documents:

**RESPONDENTS' RESPONSE TO CLAIMANT'S MOTION TO COMPEL**

☒    by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

ANTHONY PADUANO
PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020
FACSIMILE: 212.785.9099

JAMES A. HUGHES
SULLWOLD & HUGHES
235 MONTGOMERY STREET, SUITE 730
SAN FRANCISCO, CA 94104
FACSIMILE: 415.989.9798

*Courtesy Copy*
AUDREY C. PHILIPS, CASE ADMINISTRATOR
FINRA DISPUTE RESOLUTION
WEST REGION
300 SOUTH GRAND AVENUE, SUITE 900
LOS ANGELES, CA 90071-3135
FACSIMILE: 213.613.2677

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒    I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

///

☒   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 9, 2007, at Sacramento, California.

_____
Angela Knight