From: Harry B. Endsley To: Maria Reyes                  Date: 11/02/2007 Time: 3:11:46 PM        Page 1 of 3
11/02/2007 14:36 FAX 2136132677                 NASD-D R                                 ☒003/005

## FINRA Dispute Resolution

## ORDER

**Case Number:**  07-02897

**Case Name:**  A.G. Edwards & Sons, Inc. v. Samuel Slayden, et al.

**Issues Addressed:**  Resolution of Discovery Issues and Rule 13804 Hearing Time Management Issues

**Pre-Hearing Conference Held:**  Yes

**Date/Time:**  12:00 P.D.T., October 26, 2007

**Participating in Conference were:**

**Chairperson:**  Harry B. Endsley, Esquire

**Claimant's Representative:**  Anthony Paduano, Esquire

**#1 Respondent's Representative:**  Kenneth G. Mennemeier, Esquire

**#2 Respondent's Representative:**  Joseph A. Dougherty, Esquire

**#3 Respondent's Representative:**  James A. Hughes, Esquire

**FINRA Dispute Resolution Staff:**  Maria Reyes

**Decided by:**  Chairperson

**Rulings:**

A.  **Exchange of Additional Documents.**

   Respondents shall produce to Claimant copies of the following:

   - Individual Respondents' employment applications and supporting new hire paperwork;

   - Copies of the Account Transfer Forms that have been received in the Santa Rosa office from former A.G. Edwards' customers;

   - Copies of the Account Owner Information Forms that have been received in the Santa Rosa office from former A.G. Edwards' customers;

11/05/2007 15:25 FAX 2136132677          NASD 2136132677                              ☒ 003/004
From: Harry B. Endsley  To: Maria Reyes            Date: 11/02/2007 Time: 3:11:46 PM          Page 2 of 3
11/02/2007 14 36 FAX 2136132677          NASD-D R                                     ☒ 004/005

- Any financial advisor production records provided by the Individual Respondents to Stifel prior to their resignations, and

- Copies of any calendars that were maintained by any Individual Respondent for the time period from June 1, 2007 through the Individual Respondent's resignation.

Claimant shall produce to the Respondents a copy of the following:

- Complete copies of the AGE Net and A.G. Edwards' Code of Ethics policies that were admitted, in part, as Claimant's Exhibits 2 and 3 at the arbitration hearings.

All of the above documents be exchanged, by delivery of hard copies to each opposing counsel, by no later than noon on Friday, November 9, 2007.

B. **Arbitration Hearing Issues.**   *the close of business*

- All hearing exhibits shall be produced, marked and exchanged with counsel for each other parties, for delivery on or before ~~noon~~ on Friday, November 9, 2007;

- All remaining witnesses to be called by any party at the Rule 13804 hearings shall be identified on or before noon on Friday, November 9, 2007;

- Claimant and Respondents shall be allotted a total of four hours each to complete its examination of Ms. Gilseth and Mr. Slayden (total of eight hours to complete these two witnesses);

- Claimants shall be allotted 2.5 hours to present its remaining case in chief. Respondents shall be allotted 2.5 hours to present their case in chief (not including the Gilseth and Slayden examinations, as addressed above); and

- Claimant, Individual Respondents and Stifel shall each be allotted 45 minutes for presentation of their respective closing arguments.

- *As part of closing arguments counsel shall prepare for the Panel a brief schematic showing the statutory, regulatory, common law or contractual issue being addressed and the specific testimony or documentary evidence that is asserted by counsel to prove or disprove, the issue.*

2851332

If the parties settle this matter prior to the hearing, the forum fees for this pre-hearing conference (or discovery-related motion decided without a pre-hearing conference) are assessed as follows:

__50__ % to Claimant(s), jointly and severally

__50__ % to Respondent(s), jointly and severally

*[signature]*
Chairperson, Harry B. Endsley, Esquire
On behalf of the Arbitration Panel

Dated: __11-2-2007__

2051332

3