# SULLWOLD & HUGHES
ATTORNEYS AT LAW
235 MONTGOMERY STREET, SUITE 730
SAN FRANCISCO, CALIFORNIA 94104

FAX (415) 989-9798
TELEPHONE (415) 263-1850

DIRECT DIAL
(415) 263-1855

E-MAIL
jah@greenstamps.com

November 8, 2007

**VIA FEDERAL EXPRESS**

Anthony Paduano Esquire
Paduano & Weintraub, LLP
1251 Avenue of the Americas
Ninth Floor
New York, NY 10020

Re: <u>A.G. Edwards & Sons, Inc. v. Slayden, et al., FINRA No. 07-02897</u>

Dear Anthony:

Enclosed are the ACATs and Account Owner Information Forms that were to be produced pursuant to the Arbitration Panel's order. These documents are marked as SN-SR00196 through SN-SR01689.

If you believe there are any gaps in this production, please inform me as soon as possible.

Very truly yours,

James A. Hughes

Encl.