UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--o0o--

A.G. EDWARDS & SONS, INC.,

    Plaintiff,

vs.

SAMUEL SLAYDEN, DENISE GILSETH, CATHY McJILTON, and KELLY STROMGREN,

    Defendants.
_____/

No. C07-05154-WHA

**CERTIFIED COPY**

Deposition of

JOHN LEE

Monday, October 15, 2007

Reported by: KATHLEEN BARRON NIELSEN, CSR No. 9193
Job No.: 17115LR



**PHILLIPS LEGAL SERVICES**
SACRAMENTO DEPOSITION REPORTERS
350 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825
916.927.3600 · 916.927.3605 (FAX)
WWW.PHILLIPSDEPO.COM

1   Q.     What was contained on the browse list?
2   A.     I think it was client name and address,
3   telephone number.
4   Q.     Holdings?
5   A.     I'm not sure. I didn't use it.
6   Q.     So you're not familiar with it?
7   A.     I'm familiar we had it at A.G. Edwards.
8   Q.     Are you familiar with it as a
9   password-protected software available to
10  A.G. Edwards producers?
11  A.     No.
12  Q.     Do you know how people gained access to the
13  browse list?
14  A.     No.
15  Q.     When you hired people from the
16  competition -- well, strike that.
17         When you hired Mr. Slayden, did you instruct
18  him not to bring with him information that was
19  proprietary or confidential at A.G. Edwards?
20  A.     I did. I told him just to take the name,
21  address, e-mail, phone number and account title.
22  Q.     And why did you tell him to do that?
23  A.     Because that's all you need to transfer the
24  accounts.
25  Q.     Am I right, sir, in your view, it would have

1  been wrong if Mr. Slayden had taken additional
2  information with him; for example, holdings or social
3  security numbers or dates of birth, things like that?
4          MR. HUGHES: Objection. Vague. Calls for a
5  legal conclusion.
6  Q.     BY MR. PADUANO: You can answer.
7  A.     He objected.
8          MR. HUGHES: You still, Mr. Lee, are
9  required to respond unless I instruct you not to
10 answer.
11         MR. PADUANO: Can we get the question read
12 back, please?
13         (The reporter read the record.)
14         THE WITNESS: We instructed Mr. Slayden not
15 to take any documents that had social security or
16 birth dates on there. And if anything did, to redact
17 them.
18         In the 21 years I spent at A.G. Edwards, we
19 never had an issue with brokers taking documents,
20 copies of documents. Not the originals, but copies.
21         It was always our policy in the 21 years I
22 was at the firm that you're -- you're not under
23 contract at A.G. Edwards. You're here because you
24 like the firm and you work here because you enjoy the
25 firm. And if, for any reason, you didn't want to be

1  consequence or concern to you that the people who
2  were populating your new branch upstairs that very
3  morning had been the managers downstairs at
4  A.G. Edwards?
5  A.        No, because those individuals, had I not
6  opened an office in Santa Rosa, would have committed
7  the same act and left and gone to Raymond James.
8  Q.        How do you know that?
9  A.        He told me that.
10 Q.        He had already talked to all those people
11 about a team was going to move to Raymond James?
12 A.        He told me that he was going to go to
13 Raymond James.  That was his comment.
14           I don't know about the rest of the people,
15 but I would presume that if they'd follow him to
16 Stifel, they probably would have followed him to
17 Raymond James.
18           MR. PADUANO:  Just give me a minute.
19                (Recess was taken.)
20 Q.        BY MR. PADUANO:  Mr. Lee, let me hand you,
21 sir, a document that was previously marked as
22 Slayden Exhibit No. 1.  Just browse this.
23           Have you ever seen this before?
24 A.        I have.  I haven't seen this one, but I have
25 seen a browse list before.

| | |
|---|---|
| 1 | Q.      Right.  Would those account numbers there |
| 2 | and telephone numbers, was that consistent with what |
| 3 | the direction was you gave to Mr. Slayden and |
| 4 | Ms. Gilseth regarding information that they should |
| 5 | take with them from A.G. Edwards? |
| 6 | A.      No, not the account numbers. |
| 7 | Q.      Let me hand you, sir, a document previously |
| 8 | marked in our case as Slayden Exhibit No. 2.  These |
| 9 | are labeled Account Inquiry Forms, and ask you, sir, |
| 10 | if these materials were consistent with your |
| 11 | direction about what information Mr. Slayden and |
| 12 | Ms. Gilseth should bring with them from A.G. Edwards. |
| 13 | A.      I mean, this -- at the time, yes, this |
| 14 | information was to be redacted with the social |
| 15 | security and the birth date. |
| 16 | Q.      Is it a direction of yours specifically to |
| 17 | say go into Account Inquiry and take out those forms |
| 18 | for the clients, to use in the client transition? |
| 19 | A.      No.  Specific, it was the information that |
| 20 | was on Account Inquiry would be the information that |
| 21 | we would need to be able to open the account. |
| 22 | Q.      Okay.  And the information, sir, that we've |
| 23 | previously marked as Slayden Exhibit No. 3, which are |
| 24 | labeled Realized Gain and Losses Reports, was this |
| 25 | information that you had directed Mr. Slayden and |

```
 1   Ms. Gilseth to remove with them from A.G. Edwards?
 2   A.      No.
 3   Q.      Okay.  Did you know that as of
 4   August 29th, 2007, Mr. Slayden and Ms. McJilton were
 5   printing out copies of Realized Gains and Losses
 6   Reports for clients they served?
 7   A.      Nope.
 8   Q.      Thank you.  I have -- subject to the
 9   document requests I have made and other discovery
10   issues we have, I have no further questions for this
11   witness.
12           Thank you, Mr. Lee?
13           THE WITNESS:  Thank you.
14           MR. MENNEMEIER:  I have no questions.
15           MR. HUGHES:  No questions.
16           MR. PADUANO:  If you can attach the original
17   exhibit to the deposition transcript that would be
18   great.  Thank you.
19
20           (The proceedings were concluded at 3:40 p.m.)
21
22                       --oOo--
23
24
25
```