UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 15, 2007

Case No. C 07-05154 WHA

Title: AG EDWARDS & SONS v. SAMUEL SLAYDEN

Plaintiff Attorneys: Anthony Paduano; Cameron Stout

Defense Attorneys: Ken Mennemeier; Stephen Lau

Deputy Clerk: Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  Dft's Motion to Modify TRO - HELD

2)  

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to     for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**

The TRO shall remain in effect until noon on 11/29/07.