1  Philip McLeod, CASB NO. 101101
   philip.mcleod@kyl.com
2  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
7  Anthony Paduano
   (*Pro Hac Vice*)
   ap@pwlawyers.com
8  PADUANO & WEINTRAUB LLP
   1251 Avenue of the Americas, Ninth Floor
9  New York, New York 10020
   Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099
11 Attorneys for Plaintiff
   A.G. EDWARDS & SONS, INC.
12

13                **UNITED STATES DISTRICT COURT**

14          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16  A.G. EDWARDS & SONS, INC.,          )  Case No. C 07-05154-WHA
                                        )
17                      Plaintiff,      )  **[PROPOSED] ORDER RE**
                                        )  **DEFENDANTS' MOTION TO MODIFY**
18            vs.                       )  **TEMPORARY RESTRAINING ORDER**
                                        )
19  SAMUEL SLAYDEN, DENISE GILSETH, )
    CATHY MCJILTON, and KELLY           )
20  STROMGREN,                          )
                                        )
21                      Defendants.     )
                                        )
22  _____ )

23

24        Pending before the Court is Defendants Samuel Slayden, Denise Gilseth, Cathy

25  McJilton, and Kelly Stromgren's (collectively, "Defendants") Motion to Modify

26  Temporary Restraining Order (Doc. #36), to which Plaintiff A.G. Edwards & Sons, Inc.

27  ("A.G. Edwards") has filed an Opposition (Doc. #49).  On November 15, 2007, the Court

28

PROPOSED ORDER RE DEFENDANTS' MOTION TO MODIFY TRO
Case No. C 07-05154-WHA

1   held a hearing on the Motion.   After considering the parties' briefs, exhibits, and

2   argument, the Court now rules as follows.

3       **IT IS ORDERED** that the temporary restraining order issued by the court on

4   October 10, 2007 remains in place and that it shall automatically expire without further

5

6   action by the court on November 29, 2007 at 12:01 p.m.

7       **IT IS FURTHER ORDERED** that defendants are permitted to send a letter by

8   mail informing the clients they served while employed at A.G. Edwards that: (a) they are

9   now employed by Stifel Nicolaus, (b) providing the defendants' new contact information

10  and (c) advising the clients that they are free to call should they have questions, and

11

12  nothing more.

13

14  DATED:  November _____, 2007

15                                          _____

16                                          Judge William Alsup
                                            United States District Court
17                                          Northern District of California

18

19

20

21

22

23

24

25

26

27

28

KYL_SF458072

**PROPOSED ORDER RE DEFENDANTS' MOTION TO MODIFY TRO**
**Case No. C 07-05154-WHA**