```
 1  Philip McLeod, CASB NO. 101101
    philip.mcleod@kyl.com
 2  Cameron Stout, CASB NO. 117373
    cameron.stout@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone: (415) 398-6000
    Facsimile: (415) 981-0136
 6
    Anthony Paduano
 7  (Pro Hac Vice)
    ap@pwlawyers.com
 8  PADUANO & WEINTRAUB LLP
    1251 Avenue of the Americas, Ninth Floor
 9  New York, New York 10020
    Telephone: (212) 785-9100
10  Facsimile: (212) 785-9099

11  Attorneys for Plaintiff
    A.G. EDWARDS & SONS, INC.
12
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | Case No. C 07-05154-WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE DEFENDANTS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER |
| vs. | |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN, | |
| Defendants. | |

Pending before the Court is Defendants Samuel Slayden, Denise Gilseth, Cathy McJilton, and Kelly Stromgren's (collectively, "Defendants") Motion to Modify Temporary Restraining Order (Doc. #36), to which Plaintiff A.G. Edwards & Sons, Inc. ("A.G. Edwards") has filed an Opposition (Doc. #49). On November 15, 2007, the Court

held a hearing on the Motion. After considering the parties' briefs, exhibits, and argument, the Court now rules as follows.

**IT IS ORDERED** that the temporary restraining order issued by the court on October 10, 2007 remains in place and that it shall automatically expire without further action by the court on November 29, 2007 at 12:01 p.m.

**IT IS FURTHER ORDERED** that defendants are permitted to send a letter by mail informing the clients they served while employed at A.G. Edwards that: (a) they are now employed by Stifel Nicolaus, (b) providing the defendants' new contact information and (c) advising the clients that they are free to call should they have questions, and nothing more.

DATED: November 16, 2007

_____
Judge William Alsup
United States District Court
Northern District of California

IT IS SO ORDERED
Judge William Alsup