```
 1  Cameron Stout, CASB NO. 117373
    cameron.stout@kyl.com
 2  GORDON C. YOUNG, CASB No. 158100
    gordon.young@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone: (415) 398-6000
    Facsimile: (415) 981-0136
 6
    Attorneys for Plaintiff
 7  A.G. EDWARDS & SONS, INC.

 8  MENNEMEIR GLASSMAN & STROUD, LLP.
    KENNETH C. MENNEMEIEIR, CASB No. 113973
 9  STEPHEN LAU, CASB No. 221051
    980 Ninth Street, Suite 1700
10  Sacramento, California 95814
    Telephone (916) 553-4000
11  Facsimile (916) 553-4011

12  Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH,
    CATHY MCJILTON and KELLY STROMGREN
13
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| A.G. EDWARDS & SONS, INC., | ) Case No. C 07-05154-WHA |
|---|---|
| Plaintiff, | ) **STIPULATION RE STAY OF** |
| | ) **PROCEEDINGS PENDING COMPLETION** |
| vs. | ) **OF FINRA ARBITRATION AND** |
| | ) **[PROPOSED] ORDER THEREON** |
| SAMUEL SLAYDEN, DENISE GILSETH, | ) |
| CATHY MCJILTON, and KELLY STROMGREN, | ) |
| | ) |
| Defendants. | ) |

It is hereby stipulated by and between Plaintiff A.G. EDWARDS & SONS and Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON and KELLY STROMGREN, through their respective counsel of record, that this action shall be stayed pending the outcome of an arbitration before FINRA Dispute Resolution between the above-captioned parties in accordance with

- 1 -    KYL_SF458796

the California Code of Civil Procedure Sections 1280, et seq. and the Rules of FINRA.

DATED: January 3, 2008

/s/ Cameron Stout  
KEESAL, YOUNG & LOGAN  
CAMERON STOUT  
Attorneys for Plaintiff A.G. EDWARDS & SONS

DATED: January 3, 2008

/s/ Kenneth C. Mennemeier  
MENNEMEIER, GLASSMAN & STROUD  
KENNETH C. MENNEMEIER  
Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON and KELLY STROMGREN

**IT IS SO ORDERED**:

DATED: _____, 2008

_____  
HON. WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

**STIPULATION RE STAY OF PROCEEDINGS PENDING COMPLETION OF FINRA ARBITRATION AND [PROPOSED] ORDER THEREON - Case No. C 07-05154-WHA**