1  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
2  GORDON C. YOUNG, CASB No. 158100
   gordon.young@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Attorneys for Plaintiff
7  A.G. EDWARDS & SONS, INC.

8  MENNEMEIR GLASSMAN & STROUD, LLP.
   KENNETH C. MENNEMEIIR, CASB No. 113973
9  STEPHEN LAU, CASB No. 221051
   980 Ninth Street, Suite 1700
10 Sacramento, California 95814
   Telephone (916) 553-4000
11 Facsimile (916) 553-4011

12 Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH,
   CATHY MCJILTON and KELLY STROMGREN
13

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 A.G. EDWARDS & SONS, INC.,          )  Case No. C 07-05154-WHA
                                       )
18                      Plaintiff,     )  STIPULATION RE STAY OF
                                       )  PROCEEDINGS PENDING COMPLETION
19           vs.                       )  OF FINRA ARBITRATION AND
                                       )  [PROPOSED] ORDER THEREON
20 SAMUEL SLAYDEN, DENISE GILSETH,     )
   CATHY MCJILTON, and KELLY           )
21 STROMGREN,                          )
                                       )
22                      Defendants.    )
                                       )
23 _____)

24

25        It is hereby stipulated by and between Plaintiff A.G. EDWARDS & SONS and Defendants

26 SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON and KELLY STROMGREN,

27 through their respective counsel of record, that this action shall be stayed pending the outcome of an

28 arbitration before FINRA Dispute Resolution between the above-captioned parties in accordance with

                                    - 1 -
                                                            KYL_SF458796

1  the California Code of Civil Procedure Sections 1280, et seq. and the Rules of FINRA.

2

3  DATED:  January 3, 2008

4                                              /s/ Cameron Stout_____
                                              KEESAL, YOUNG & LOGAN
5                                              CAMERON STOUT
                                              Attorneys for Plaintiff A.G. EDWARDS & SONS
6

7                                              /s/ Kenneth C. Mennemeier_____
   DATED:  January 3, 2008                     MENNEMEIER, GLASSMAN & STROUD
8                                              KENNETH C. MENNEMEIER
                                              Attorneys for Defendants SAMUEL SLAYDEN,
9                                              DENISE GILSETH, CATHY MCJILTON and KELLY
                                              STROMGREN
10

11

12  **IT IS SO ORDERED**:

13

14  DATED: ___January 3___, 2008

15      The stay is effective only until          _____
16      May 5, 2008, after which the             HON. WILLIAM ALSUP
        Court will consider prompt              UNITED STATES DISTRICT JUDGE
17      trial in district court if
        arbitration is not completed.
18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE STAY OF PROCEEDINGS PENDING COMPLETION OF FINRA ARBITRATION AND**
[PROPOSED] ORDER THEREON - Case No. C 07-05154-WHA