IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS INC, <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN <br><br> Defendants. | No. C 07-05154 WHA <br><br> **ORDER RE STAY OF PROCEEDINGS PENDING COMPLETION OF FINRA ARBITRATION** |

The stipulation and order dated January 3, 2008, stayed this action pending the outcome of an arbitration before the FINRA dispute resolution between the above-captioned parties. The order also stated, "The stay is effective only until May 5, 2008, after which the Court will consider prompt trial in district court if arbitration is not completed." No party has notified the Court of the outcome of the FINRA dispute resolution. Nor has there been a voluntary stipulation of dismissal. The parties are ordered to notify the Court of the status of the arbitration by **WEDNESDAY, MAY 28, 2008, AT NOON**. If it is not completed, a case management conference will be set for **THURSDAY, JUNE 5, 2008, AT 3:00 P.M.**, in which all parties must appear.

**IT IS SO ORDERED.**

Dated: May 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE