MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
Samuel Slayden, Denise Gilseth,
Cathy McJilton, and Kelly Stromgren

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | CASE NO: C 07-05154 WHA |
| Plaintiff, | **NOTICE OF PENDING RESOLUTION** |
| v. | |
| SAMUEL SLAYDEN, DENISE GILSETH, CATHY MCJILTON, and KELLY STROMGREN, | Complaint Filed: October 9, 2007 |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have reached a resolution in this matter, and anticipate filing a stipulation and order for dismissal within thirty (30) days.

Dated: May 23, 2008

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
STEPHEN LAU

By: *Kenneth C. Mennemeier*
Kenneth C. Mennemeier, Attorneys for Defendants
Samuel Slayden, Denise Gilseth, Cathy McJilton, and Kelly Stromgren

445.03.PLE.notice.of.resolution.wpd            1
NOTICE OF PENDING RESOLUTION

1 | Case Name:  *A.G. Edwards & Sons, Inc. v. Slayden, et al.*
2 | Case No.:   U.S. District Court, Northern District of California, Case No. 07-CV-05154 WHA

## PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On May 23, 2008, I served the within documents:

**NOTICE OF PENDING RESOLUTION**

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

**LEONARD WEINTRAUB**
**PADUANO & WEINTRAUB LLP**
**1251 AVENUE OF THE AMERICAS**
**NINTH FLOOR**
**NEW YORK, NEW YORK 10020**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on May 23, 2008, at Sacramento, California.

Angela Knight