1  Philip McLeod, CASB NO. 101101
   philip.mcleod@kyl.com
2  Cameron Stout, CASB NO. 117373
   cameron.stout@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Anthony Paduano
7  (*Pro Hac Vice*)
   ap@pwlawyers.com
8  PADUANO & WEINTRAUB LLP
   1251 Avenue of the Americas, Ninth Floor
9  New York, New York 10020
   Telephone: (212) 785-9100
10 Facsimile: (212) 785-9099

11 Attorneys for Plaintiff
   A.G. EDWARDS & SONS, INC.
12

13 KENNETH C. MENNEMEIER
   kcm@mgslaw.com
14 STEPHEN LAU
   slau@mgslaw.com
15 MENNEMEIER, GLASSMAN & STROUD LLP
   980 Ninth Street, Suite 1700
16 Sacramento, CA  95814
   Telephone: (916) 553-4000
17 Facsimile: (916) 553-4011

18              UNITED STATES DISTRICT COURT

19           FOR THE NORTHERN DISTRICT OF CALIFORNIA

20

21 A.G. EDWARDS & SONS, INC.,          )  Case No. C 07-05154-WHA
                                       )
22                  Plaintiff,         )  STIPULATION REQUESTING
                                       )  DISMISSAL WITH PREJUDICE;
23           vs.                       )  [PROPOSED] ORDER DISMISSING
                                       )  ACTION WITH PREJUDICE
24 SAMUEL SLAYDEN, DENISE GILSETH,     )
   CATHY McJILTON, and KELLY           )
25 STROMGREN,                          )
                                       )
26                  Defendants.        )
                                       )
27 _____)

28

- 1 -                                 445.03.PLE.Stipulation&ProposedOrder.re.Dismissal

## STIPULATION

Whereas, the parties have submitted the dispute between them to arbitration before FINRA;

Whereas, in the FINRA arbitration proceeding, Plaintiff asserted claims against the Defendants, and Defendants asserted Counter-claims against Plaintiff;

Whereas, Plaintiff has agreed to withdraw its claims against Defendants, with prejudice; and

Whereas, Defendants have agreed to withdraw their claims against Plaintiff, with prejudice;

By and through their counsel of record, Plaintiff and Defendants stipulate to and request that the Court enter an order as follows:

1. Plaintiff's claims against Defendants in both this action and the FINRA arbitration proceeding are dismissed with prejudice;

2. Defendants claims against Plaintiff in both this action and the FINRA arbitration proceeding are dismissed with prejudice;

3. The parties will each bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: April 18, 2008

_____
ANTHONY PADUANO (Pro Hac Vice)
PADUANO & WEINTRAUB LLP
Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

DATED: ~~April 18~~ May 27, 2008

_____
KENNETH C. MENNEMEIER
STEPHEN LAU
MENNEMEIER, GLASSMAN & STROUD LLP
Attorneys for Defendants SAMUEL SLAYDEN, DENISE GILSETH, CATHY MJILTON, and KELLY STROMGREN

ORDER

The Court, having considered the foregoing Stipulation, accepts the parties' Stipulation. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, THE COURT ORDERS:

1. Plaintiff's claims against Defendants in both this action and the FINRA arbitration proceeding are dismissed with prejudice;

2. Defendants claims against Plaintiff in both this action and the FINRA arbitration proceeding are dismissed with prejudice;

3. The parties will each bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: May 27, 2008

_____
Judge William Alsup
United States District Court
Northern District of California

STIPULATION AND ~~PROPOSED~~ ORDER AMENDING TRO ORDER
Case No. C 07-05154-WHA

Case Name:   *A.G. Edwards & Sons, Inc. v. Slayden, et al.*
Case No.:    U.S. District Court, Northern District of California, Case No. 07-CV-05154 WHA

## PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On May 27, 2008, I served the within documents:

**STIPULATION REQUESTING DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

☒   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

**LEONARD WEINTRAUB
PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒   I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on May 27, 2008, at Sacramento, California.

_____
Angela Knight